UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **SHERRY NED** | * | **CIVIL ACTION NO. 06-686** |
| **VS.** | * | **MAGISTRATE JUDGE HILL** |
| **THE HARTFORD** | * | **BY CONSENT OF THE PARTIES** |

**JUDGMENT**

In accordance with the Reasons for Ruling issued on this date;

**IT IS ORDERED** that the Motion for Summary Judgment filed by Hartford Life and Accident Insurance Company [rec. doc. 15] is **GRANTED**. Accordingly, plaintiff's claims against Hartford Life and Accident Insurance Company are hereby **DISMISSED WITH PREJUDICE**.

Thus done and signed at Lafayette, Louisiana, February 16, 2007.

*C. Michael Hill*
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE